IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
              Plaintiff, )
              ) CRIMINAL NO. 22-MJ-8040-GCS
vs. )
              )
DERRON W. SMITH-JOHNSON, )
              Defendant. )

## **WARRANT FOR ARREST**

TO:    The United States Marshal and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest DERRON W. SMITH-JOHNSON, and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with Felon In Possession of a Firearm and Ammunition, in violation of Title 18, United States Code, Sections 922(g)(1).

GILBERT C. SISON           United States Magistrate Judge
Name of Issuing Officer         Title of Issuing Officer

*Gilbert C. Sison*  Digitally signed by Judge Sison 2
             Date: 2022.03.25 17:07:41 -05'00'    March 25, 2022, East St. Louis, IL
Signature of Issuing Officer

                                          Date and Location:
(By) Deputy Clerk

Bail fixed at $_____ by _____
                                            Name of Judicial Officer