IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                           )<br>                    Plaintiff,              )<br>                                                           )<br>vs.                                                      )<br>                                                           )<br>DERRON W. SMITH-JOHNSON,      )<br>                                                           )<br>                    Defendant.          )<br>                                                           ) | CRIMINAL NO. 22-CR-30045-NJR<br><br>Title 18<br>United States Code,<br>Section 922(g) and (o) |

**FILED**
APR 0 5 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**FELON IN POSSESSION OF A FIREARM**

On or about March 24, 2022, in St. Clair County, within the Southern District of Illinois,

**DERRON W. SMITH-JOHNSON,**

defendant herein, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, on August 14, 2015, Armed Robbery, in Macon County Court case number 15-CF-216, did knowingly possess a firearm and ammunition, to wit: a Glock, model: 23, .40 caliber, semi-automatic pistol, serial number: GHW908; 50 rounds of 40 caliber ammunition found within a Glock 40 caliber drum magazine; and 43 rounds of Speer Gold Dot .357 ammunition, and the firearm and ammunition was in and affecting commerce, all in violation, Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 2

**ILLEGAL POSSESSION OF A MACHINE GUN**

On or about March 24, 2022, in St. Clair County, within the Southern District of Illinois,

**DERRON W. SMITH-JOHNSON,**

defendant herein, did knowingly possess a machine gun, that is: an altered Glock, model: 23, .40 caliber, semi-automatic pistol, serial number: GHW908, all in violation of Title 18, United States

Code, Sections 922(o) and 924(a)(2).

## FORFEITURE OF FIREARMS ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment,

**DERRON W. SMITH-JOHNSON,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offenses described in Count 1 and 2 of this Indictment, including but not limited, to the following: a Glock, model: 23, .40 caliber, semi-automatic pistol, serial number: GHW908, a Glock 40 caliber drum magazine containing 50 live rounds of 40 caliber ammunition, 43 rounds of Speer Gold Dot .357 ammunition, and any and all ammunition contained therein.

A TRUE BILL

ALEXANDRIA BURNS
Assistant United States Attorney

Digitally signed by STEVEN WEINHOEFT
Date: 2022.04.03 21:48:37 -05'00'

STEVEN D. WEINHOEFT
United States Attorney